UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:12-mj-00040 GSA |
| | ) | |
| vs. | ) | **ORDER OF DETENTION FOLLOWING** |
| | ) | **REVOCATION OF PREVIOUSLY SET** |
| YEREM KORKOTYAN, | ) | **CONDITIONS OF RELEASE** |
| | ) | |
| Defendant. | ) | |

A. <u>Order for Revocation and Detention</u>

After conducting a preliminary hearing and detention hearing pursuant to Federal Rules of Criminal Procedure 32.1(a)(1) and 46(c) and 18 U.S.C. § 3143(a) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3143 pending transfer to the Western District of Washington.

B. <u>Statement of Reasons for the Revocation and Detention</u>

The Court orders the revocation of pretrial release conditions and the defendant's detention because it finds:

__X__ (1) There is probable cause to believe this defendant has committed a Federal, State, or local crime while on release.

__X__ (2) There is clear and convincing evidence that this defendant has violated a condition or conditions of release.

**and**

__X__ (3) That based on the factors set forth in § 3142(g), there is no condition or combination of conditions of release that will assure that this defendant will not flee or pose a danger to the safety of any other person or the community.

__X__ (4) That this defendant is unlikely to abide by any condition or combination of conditions of release.

__X__ (5) That this defendant has not rebutted the rebuttable presumption contained in 18 U.S.C. § 3148(b) that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community based upon the existence of probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony.

__X__ (6) Other: The defendant is to be transported to the Western District of Washington as soon as practicable.

IT IS SO ORDERED.

Dated: **March 14, 2012**        /s/ Sheila K. Oberto
                                  UNITED STATES MAGISTRATE JUDGE